

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00016-CV

Matias S. **RUIZ**,
Appellant

v.

Susan Elizabeth **RUIZ**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-00198-CVW
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against the appellant.

SIGNED December 28, 2016.

_____
Jason Pulliam, Justice